UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANCE THEATRE OF HARLEM, INC., <br><br> Plaintiff, <br> v. <br><br> CHROMADIVERSE, INC., JUDY TYRUS, HARRIETT GILBERT, SHERRY GAGNON, <br><br> And <br><br> All photographs, negatives, and related Marbeth Collection material created by Margaret Elizabeth Schnare for Dance Theatre of Harlem and located at 466 West 152nd Street, New York, New York, *in rem*, <br><br> Defendants. | Case No. 25-cv-02978 (RA) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT**, upon the accompanying Declaration of Judy Tyrus, dated June 5, 2025, together with the exhibits attached thereto, the Declaration of Sherry Gagnon, the Declaration of Harriet Gilbert, the memorandum of law in support, and all papers and proceedings herein, defendants ChromaDiverse Inc., Judy Tyrus, Harriet Gilbert, and Sherry Gagnon, by and through undersigned counsel, hereby move this Court, before the Honorable Ronnie Abrams, at the United States Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 1506, New York, NY 10007, as soon as counsel may be heard, for an Order: (i) dismissing the Complaint pursuant to FRCP Rules 12(b)(2) and 12(b)(6), or alternatively, transferring this action to the Northern District of California pursuant to 28 U.S.C. § 1404, or alternatively, staying this entire action pending resolution of a previously-filed action pending in San Francisco Superior Court, or alternatively, dismissing the Fourth and Fifth Claims for Relief and all claims against defendants Gilbert, Gagnon and Tyrus, and staying the remainder of this action pending resolution of a previously-filed action pending in San Francisco Superior Court. and (ii) granting further relief as the Court may deem just and proper.

Dated: June 5, 2025
      White Plains, NY

                **LACHTMAN COHEN
                 & BELOWICH LLP**

                ***/s/ Brian S. Cohen***
                Brian S. Cohen (BC-2091)
                1133 Westchester Avenue
                Suite N-200
                White Plains, NY 10604
                Tel: (914) 893-4720
                Email: bcohen@lcb-law.com
                **Attorneys for Defendants**