UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANCE THEATRE OF HARLEM, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHROMADIVERSE, INC., JUDY TYRUS, HARRIETT GILBERT, SHERRY GAGNON, <br><br> And <br><br> All photographs, negatives, and related Marbeth Collection material created by Margaret Elizabeth Schnare for Dance Theatre of Harlem and located at 466 West 152nd Street, New York, New York, *in rem*, <br><br> Defendants. | Case No. 25-cv-02978 (RA) |

## **DECLARATION OF SHERRY GAGNON**

I, SHERRY GAGNON declare as follows:

1. I am a named defendant in this lawsuit and am over 18 years of age. I make this declaration of my own personal knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called to testify to the matters set forth herein, I could and would do so competently.

2. I reside in Prescott, Arizona. I have resided in Prescott for 60 years.

3. I have never resided anywhere in New York State. I have never been employed anywhere within New York State. I do not presently own or have any ownership interest in any real property within New York State. I have never owned or had any ownership interest in any real property within New York State.

4. I have occasionally traveled to New York. The last time I did so was in late August to early September 2006, for the meeting referenced below.

5. I have never paid income taxes or real estate taxes of any kind to New York State or any city within New York State.

6. I am currently employed as a courier at Premier Courier Services, LLC, in Prescott, Arizona. I rely on my income from that job, and it would be very difficult for me to take time off to travel across the country to New York to attend trial in this action. While it also would be difficult for me to attend trial in San Francisco, that would be far less inconvenient to me than traveling to New York.

7. My mother, Gloria K. Euler, and Harriet Gilbert were named beneficiaries and nominated as executors under the Last Will and Testament of Margaret Elizabeth Schnare ("Ms. Schnare") dated July 4, 1999. Following Ms. Schnare's death, my mother and Ms. Gilbert became co-owners of the property and possessions distributed to them by Ms. Schnare's estate, including her entire photograph collection.

8. My mother passed away on February 2, 2015. Upon her death, I acquired sole representative authority over her estate, including, without limitation, full disposition authority over its assets, which included her ownership interest in the property and possessions distributed to her by Ms. Schnare's estate, including her entire photograph collection.

9. I am informed and believe and thereon declare that in this case, Dance Theater of Harlem, Inc. ("DTH") is alleging that: (i) Ms. Schnare died in 2006; (ii) the executors of her estate were my mother, Gloria Euler, and Ms. Gilbert; (iii) shortly after Ms. Schnare's death, her friend Doris Fiotakis, my mother, and I visited her residence in New York; and (iv) by agreement among Ms. Fiotakis, my mother, and I, Ms. Fiotakis took possession of a collection of materials relating to Ms. Schnare's photographic images.

10. Ms. Fiotakis was only loaned these photographs for the limited purpose of completing a manuscript that Ms. Schnare had begun; they were never given to Ms. Fiotakis for any purpose beyond that.

11. On May 11, 2022, I executed a certain Deed of Gift, memorializing the donation and grant to ChromaDiverse, Inc. ("ChromaDiverse") of all right, title and interest in and to Ms. Schnare's photograph collection, among other things. I executed the Deed of Gift in Arizona.

12. On June 15, 2022, I executed a certain Copyright Assignment Agreement transferring to ChromaDiverse all right, title and interest in and to Ms. Schnare's photograph collection. I executed the Copyright Assignment Agreement in Arizona.

13. Since the time that I executed the Deed of Trust and Copyright Assignment Agreement, I have never claimed that I personally owned or were otherwise entitled to any of the rights transferred to ChromaDiverse.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 5, 2025, in Prescott, Arizona.

_Sherry Gagnon_
Sherry Gagnon (Jun 5, 2025 08:05 PDT)
Sherry Gagnon

# Sherry Gagnon Declaration

Final Audit Report     2025-06-05

| | |
|---|---|
| Created: | 2025-06-05 |
| By: | Lori Nicolo (lnicolo@lcb-law.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAQql1DYxLeGhmb5YDD1EZOTXz7j1OYWfh |

## "Sherry Gagnon Declaration" History

- Document created by Lori Nicolo (lnicolo@lcb-law.com)
  2025-06-05 - 3:02:20 PM GMT

- Document emailed to Sherry Gagnon (shegagnon@gmail.com) for signature
  2025-06-05 - 3:02:24 PM GMT

- Email viewed by Sherry Gagnon (shegagnon@gmail.com)
  2025-06-05 - 3:04:57 PM GMT

- Document e-signed by Sherry Gagnon (shegagnon@gmail.com)
  Signature Date: 2025-06-05 - 3:05:38 PM GMT - Time Source: server

- Agreement completed.
  2025-06-05 - 3:05:38 PM GMT

Adobe Acrobat Sign