

Gregory A. Clarick

gclarick@cgr-law.com

Direct: 212.633.4313

**By ECF**  August 11, 2025

Hon. Ronnie Abrams
United States District Court, Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

    Re:    *Dance Theatre of Harlem, Inc. v. ChromaDiverse, Inc., et al.,* No. 25-cv-02978

Dear Judge Abrams:

    We write, as counsel for Plaintiff Dance Theatre of Harlem, Inc. ("DTH"), to respectfully request that the Court revise its August 8, 2025 Order, approving DTH's Notice of Voluntary Dismissal (Dkt. 45), to delete any direction that Defendant Tyrus be terminated as a party.

    Through the Notice of Voluntary Dismissal (Dkt. 44), DTH sought pursuant to Rule 41(a)(1)(A)(i), to dismiss its first, second, and third causes of action against Defendant Tyrus. DTH did not seek dismissal of its fourth cause of action against Defendant Tyrus. (*Id.*) This Court's Order (Dkt. 45), however, stated that Defendant Tyrus be terminated as a party. Because DTH did not dismiss and intends to pursue its fourth cause of action against Defendant Tyrus, DTH respectfully requests that the Court revise its August 8, 2025 Order to dismiss only the first, second, and third causes of action against Tyrus, without terminating Defendant Tyrus as a party so that DTH may pursue its fourth cause of action against her.

    We appreciate your attention to this matter.

Respectfully submitted,

*/s/ Gregory A. Clarick*

Gregory A. Clarick

cc: All counsel (via ECF)