UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANCE THEATRE OF HARLEM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHROMADIVERSE, INC., JUDY TYRUS, HARRIETT GILBERT, SHERRY GAGNON,<br><br>And<br><br>All photographs, negatives, and related archived material created by Margaret Elizabeth Schnare for Dance Theatre of Harlem and located at 466 West 152nd Street, New York, New York, *in rem,*<br><br>Defendants. | Case No.  1:25-cv-02978 |

**NOTICE OF NON-OBJECTION**

Defendant Judy Tyrus has no objection to dismissal of the First, Second and Third Causes of Action in the Complaint filed by Dance Theatre of Harlem, Inc. ("DTH") pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

Dated: White Plains, New York
August 20, 2025

                                        LACHTMAN COHEN & BELOWICH LLP

                                        By:     /s/ *Brian S. Cohen*
                                        Brian S. Cohen
                                        bcohen@lcb-law.com
                                        1133 Westchester Avenue, Suite N-200
                                        White Plains, New York 10604
                                        (914) 505-6093

                                        *Attorneys for Defendants Chromadiverse, Inc., Judy Tyrus, Harriett Gilbert, and Sherry Gagnon*