UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANCE THEATRE OF HARLEM, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHROMADIVERSE, INC., JUDY TYRUS, HARRIETT GILBERT, SHERRY GAGNON,<br><br>And<br><br>All photographs, negatives, and related archived material created by Margaret Elizabeth Schnare for Dance Theatre of Harlem and located at 466 West 152nd Street, New York, New York, *in rem*,<br><br>　　　　　　Defendants. | Case No.  1:25-cv-02978<br><br>Pursuant to the Court's prior Order on August 12, 2025 and since Defendant Tyrus does not state objections to the dismissal, the First, Second, and Third causes of action in the Complaint are dismissed without prejudice with respect to Defendant Tyrus. *See* Fed. R. Civ. P. 15(a)(2).<br><br>SO ORDERED.<br><br>_____<br>Hon. Ronnie Abrams<br>August 21, 2025 |

**NOTICE OF NON-OBJECTION**

　　　　Defendant Judy Tyrus has no objection to dismissal of the First, Second and Third Causes of Action in the Complaint filed by Dance Theatre of Harlem, Inc. ("DTH") pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

Dated:　White Plains, New York
　　　　　August 20, 2025

　　　　　　　　　　　　　　　　　　　LACHTMAN COHEN & BELOWICH LLP

　　　　　　　　　　　　　　　　　　　By:　　/s/ *Brian S. Cohen*
　　　　　　　　　　　　　　　　　　　Brian S. Cohen
　　　　　　　　　　　　　　　　　　　bcohen@lcb-law.com
　　　　　　　　　　　　　　　　　　　1133 Westchester Avenue, Suite N-200
　　　　　　　　　　　　　　　　　　　White Plains, New York 10604
　　　　　　　　　　　　　　　　　　　(914) 505-6093

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Chromadiverse, Inc., Judy Tyrus, Harriett Gilbert, and Sherry Gagnon*