```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANCE THEATRE OF HARLEM, INC.,
                                                                    25-CV-2978 (RA) (VF)
                        Plaintiff,
                                                                    ORDER SCHEDULING
            -against-                                               DISCOVERY
                                                                    CONFERENCE
CHROMADIVERSE, INC. et al.,

                        Defendants.
------------------------------------------------------------X
```

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A discovery conference is scheduled for **Tuesday, December 2, 2025, at 2:30 p.m.**

Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [427 383 437#].**

SO ORDERED.

DATED:    New York, New York
          November 17, 2025

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge