UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DANCE THEATRE OF HARLEM, INC.,

                         Plaintiff,

         -against-

CHROMADIVERSE, INC. et al.,

                       Defendants.
------------------------------------------------------------------X

                                     25-CV-2978 (RA) (VF)

                                **<u>SCHEDULING ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

     Plaintiff's request for a 90-day adjournment of the remaining discovery deadlines is

**GRANTED**. <u>See</u> ECF No. 56. The updated deadlines are as follows:

- Depositions shall be completed by **<u>March 4, 2026</u>**.

- Requests to Admit shall be served no later than **<u>March 19, 2026</u>**.

- Expert reports shall be served by **<u>April 14, 2026</u>**.

- Rebuttal expert reports shall be served by **<u>May 5, 2026</u>**.

- All discovery, including expert discovery, shall be completed no later than **<u>June 2, 2026</u>**.

    Further, the below discovery conferences are scheduled. For each conference, counsel for the

parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled

time.

- A discovery conference is scheduled for **<u>December 17, 2025 at 3 p.m.</u> Please dial (646) 453-4442, pass code [965 323 703#].** The parties are directed to submit letters raising any issues to be addressed at the conference by **<u>December 12, 2025 at 5 p.m.</u>**

- A discovery conference is scheduled for **<u>January 28, 2026 at 10 a.m.</u> Please dial (646) 453-4442, pass code [561 696 579#].** The parties are directed to submit letters raising any issues to be addressed at the conference by **<u>January 23, 2026 at 5 p.m.</u>**

- A discovery conference is scheduled for **February 26, 2026 at 10 a.m. Please dial (646) 453-4442, pass code [191 469 720#].** The parties are directed to submit letters raising any issues to be addressed at the conference by **February 23, 2026 at 5 p.m.**

- A discovery conference is scheduled for **March 17, 2026 at 10 a.m. Please dial (646) 453-4442, pass code [988 141 907#].** The parties are directed to submit letters raising any issues to be addressed at the conference by **March 13, 2026 at 5 p.m.**

    **SO ORDERED.**

DATED:     New York, New York
           December 2, 2025


_____
VALERIE FIGUEREDO
United States Magistrate Judge

2