UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANCE THEATRE OF HARLEM, INC.,

Plaintiff,

v.

No. 25-CV-2978 (RA)

CHROMADIVERSE, INC., et al.,

ORDER

Defendants.

RONNIE ABRAMS, United States District Judge:

Plaintiff has requested oral argument on the pending motion to dismiss. Dkt. No. 21 (Mot. to Dismiss); Dkt. No. 42 (Letter Mot. for Oral Argument). Oral argument will be held on the motion to dismiss on January 5, 2026 at 2:00 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:    December 15, 2025
          New York, New York

Ronnie Abrams
United States District Judge