UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DANCE THEATRE OF HARLEM, INC.,

                         Plaintiff,

              -against-

CHROMADIVERSE, INC. et al.,

                        Defendants.
------------------------------------------------------------------X

25-CV-2978 (RA) (VF)

**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed at this afternoon's conference, Defendants are directed to produce responsive documents on or before **<u>January 16, 2026</u>**. Defendants are further directed to provide Plaintiff, with the production of documents, an explanation of the systems that were searched, by whom the search was performed, and how the search was conducted. Any issues with the document production can be raised by Plaintiff at the next conference.

      **SO ORDERED.**

DATED:     New York, New York
             December 17, 2025

                                     _____
                                     VALERIE FIGUEREDO
                                     United States Magistrate Judge