CLARICK GUERON REISBAUM

Ashley Hall
ahall@cgr-law.com
Direct: 646.398.5077

**BY ECF** August 7, 2026

The Honorable Valerie Figueredo
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

**Re: *Dance Theatre of Harlem, Inc. v. ChromaDiverse, Inc. et al.*, No. 25-cv-2978**

Dear Magistrate Judge Figueredo:

We represent plaintiff Dance Theatre of Harlem, Inc. ("DTH") and write jointly with counsel for Defendants Judy Tyrus and ChromaDiverse, Inc. (together the "Parties"), pursuant to this Court's Local Rules I.(e) and III.(a), to request that a summary judgment schedule be set and that the current discovery deadlines be stayed until final disposition of the Parties' summary judgment motions.

The Parties previously sought extension of all discovery deadlines on July 2, 2025, August 14, 2025, December 2, 2025, March 2, 2026 and April 29, 2026. DTH previously sought an extension of the deadline to complete depositions on June 24, 2026.

Now that depositions have been completed, the Parties jointly request that the remaining discovery deadlines (largely pertaining to expert discovery), be stayed so that the Parties may move for summary judgment. Final disposition of the anticipated summary judgment motions could potentially resolve several claims within this action before the Parties expend costs on expert discovery, and may facilitate settlement communications. The Parties have conferred and respectfully request that the following summary judgment briefing schedule be set:

| Event | Proposed Deadline |
|---|---|
| Summary judgment motions due | September 30, 2026 |
| Answering papers in opposition to summary judgment motions due | October 30, 2026 |
| Reply papers in support of summary judgment motions due | November 20, 2026 |

In addition to setting the above schedule, the Parties respectfully request that the following discovery deadlines be stayed until the summary judgment motions are fully decided, after which new discovery deadlines can be set:

| Event | Deadline to be Stayed |
|---|---|
| Expert Reports | August 11, 2026 |
| Expert Rebuttal Reports | August 25, 2026 |
| Completion of all Discovery | September 22, 2026 |

The Parties thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Ashley Hall*

Ashley Hall

cc: All counsel (by ECF)

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: August 12, 2026**

The schedule proposed herein is ADOPTED. Expert discovery is stayed pending the resolution of any motions for summary judgment. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 83.